IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
UNITED STATES OF AMERICA,      *
Plaintiff                           CRIMINAL:
                               *
vs.
                               *     18-558 (PG-MEL)
CHRISTOPHER JURADO-RIVERA (7),
Defendant                      *
* * * * * * * * * * * * * * *
```

**EMERGENCY MOTION TO CONTINUE CHANGE OF
PLEA HEARING SET FOR JANUARY 24, 2020
UNTIL FEBRUARY 20, 2020 OR THEREAFTER**

TO THE HONORABLE
MAGISTRATE JUDGE
MARCOS E. LOPEZ:

COMES Now the defendant Jurado-Rivera, through the undersigned attorney and very respectfully states and prays:

1. A Change of Plea Hearing has been set for January 24, 2020, at 9:30 AM, before the Honorable Court.

2. The defendant's attorney suffered a fall December 5, 2019 and fractured his pelvis in two places, without any dislocation.

3. Although the undersigned attorney is now able to stand and slowly take baby steps with difficulty, he is still unable to move freely about.

4. The undersigned attorney is still in the recovery phase (which is going well), and feels that in about 2-4 weeks he will then be able to move about freely.

5. In view of the undersigned attorney's temporary inability to move freely about, the defendant very respectfully requests that the Change of Plea hearing be continued until February 20, 2020, or

thereafter.

WHEREFORE, the defendant very respectfully prays that the Honorable Court grant the present motion and that the sentencing hearing be continued to any day on or after February 20, 2020, excluding February 21, 2020.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing document with the Clerk of the Court Cm/ECF system which will send notification of such filing to the attorneys of record.

RESPECTFULLY SUBMITTED.

In Bayamon, Puerto Rico, this 20th day of January, 2020.

S/Raymond Rivera

RAYMOND RIVERA
202213
Attorney for Defendant
2G-25 Flamboyan
Lomas Verdes
Bayamon, PR 00956
Tel. 787-671-4051
riveralaw@gmail.com